[No. 4270–1. Division One. June 27, 1977.]

ALBERT J. WARLICK, *Respondent,* v. LARRY L. STEVENS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 796319, Frank H. Roberts, Jr., J., entered October 14, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4405–1. Division One. June 27, 1977.]

JOHN WARREN MEYER, *Respondent,* v. GUARANTEE RESERVE LIFE INSURANCE COMPANY OF HAMMOND, *Appellant,* UNDERWRITERS NATIONAL ASSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 786532, James W. Mifflin, J., entered December 15, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Swanson and Williams, JJ.

[No. 4518–1. Division One. June 27, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DENNIS FAY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3133, Harry A. Follman, J., entered January 29, 1976. *Affirmed* by unpublished per curiam opinion.